IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE SEARCY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-861-WKW |
| ) | |
| RICKY OWENS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On December 16, 2005, the Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the plaintiff's abandonment of his claims, his failure to comply with orders of the court and his failure to properly prosecute this cause of action.

Done this the 31st day of January, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE